UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x

MINGXIONG LI,

Plaintiff,

v.

MARKWAYNE MULLIN, Secretary
of the Department of Homeland
Security; JOSEPH B. EDLOW,
Director of the United States
Citizenship and Immigration
Services; and JOHN ALLEN,
Director of Texas Service Center
USCIS,

Defendants.

--------------------------------------------------------------------x

**ENDORSED ORDER**

**STIPULATION OF
DISMISSAL
WITHOUT PREJUDICE**

Civil Action No.
26-cv-3199

(Reyes, J.)

     IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
      July 1, 2026

LAW OFFICE OF BINGXIN HUANG-ETTARI
*Counsel for Plaintiff*
2 Mott Street, Suite 400
New York, New York 10013

By:      /s/ *Bingxin Huang*
        Bingxin Huang, Esq.
        (347) 618-9232
        huangettarilaw@gmail.com

Dated: Central Islip, New York
       July 1, 2026

JOSEPH NOCELLA, JR
United States Attorney
*Counsel for Defendants*
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

By:     MARY DICKMAN  Digitally signed by MARY DICKMAN
                                             Date: 2026.07.01 09:45:43 -04'00'
Mary M. Dickman
Assistant U.S. Attorney
(631) 715-7863
mary.dickman@usdoj.gov

**So Ordered: Date: 7/16/2026**
**Hon. Ramón E. Reyes, Jr.**
**U.S. District Judge, EDNY**